

James C. Fitzpatrick
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Petitioner
Broadcast Music, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

BROADCAST MUSIC, INC.,

                     Petitioner,

     -against-

DMX Inc.,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - X

Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

08 Civ. _____ (LLS)

**Rule 7.1 Statement**

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Broadcast Music, Inc. ("BMI"), a private non-governmental party, certifies that Gannett Co., Inc., which is publicly held, owns directly or indirectly through a subsidiary more than 10% of BMI's stock.

     BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock.

60147952_1.DOC

Dated: New York, New York
January 10, 2008

                    HUGHES HUBBARD & REED LLP

By: _____
        James C. Fitzpatrick
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

                  – and –

Marvin L. Berenson
Joseph J. DiMona
Stuart Rosen
320 West 57th Street
New York, New York 10019
(212) 830-2533

Attorneys for Broadcast Music, Inc.