UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| BROADCAST MUSIC, INC., <br><br> Petitioner, <br><br> v. <br><br> DMX, INC., <br><br> Respondent. | 08 Civ. 00216 (LLS) <br><br> Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS) <br><br> **RESPONDENT DMX, INC.'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

-------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for DMX, Inc. ("DMX") hereby certify that DMX is fully owned by DMX Holdings, Inc. DMX Holdings, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       January 22, 2008

By: /s/ R. Bruce Rich
R. Bruce Rich (RR-0313)
Benjamin E. Marks (BM-0796)
Todd Larson (TL-1125)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

Attorneys for Respondent

NY1:\1537188\01\WY3_01!.DOC\33602.0003