UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROADCAST MUSIC, INC.,

               Petitioner,

        v.

DMX, INC.,

               Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 00216 (LLS)

**NOTICE OF APPEARANCE**

Related to *United States v. Broadcast Music, Inc.*, 64 Civ. 3787 (LLS)

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Respondent DMX, Inc. in the above-captioned action and that all future correspondence and papers in connection with this action are to be directed to us at the address listed below.

Dated:   New York, New York
         January 22, 2008

By: _____
R. Bruce Rich (RR-0313)
Benjamin E. Marks (BM-0796)
Todd Larson (TL-1125)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
(212) 310-8000

Attorneys for Respondent

NY1:\1537173\01\WY3901!.DOC\33602.0003