ORIGINAL

$S/A_NTO_N, J$

..11/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
BROADCAST MUSIC, INC.,                          :
                                                :
                                Petitioner,     :   **PRE-TRIAL**
                                                :   **SCHEDULING ORDER**
                    -against-                   :
                                                :   08 Civ. 216 (LLS)
DMX INC.,                                       :
                                                :   *Related to United States v. Broadcast*
                                Respondent.     :   *Music, Inc., 64 Civ. 3787 (LLS)*
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - X

## PRE-TRIAL SCHEDULING ORDER

Petitioner Broadcast Music, Inc. ("BMI"), by and through its undersigned

counsel, and Respondent DMX Inc. ("DMX"), by and through its undersigned counsel, (together

the "Parties") hereby submit their Proposed Pre-Trial Scheduling Order pursuant to the Parties'

November 13, 2009 Conference with the Court.

The Parties, by and through counsel, stipulate and agree to the following:

A. <u>Deadlines for Preparation of Pre-Trial Materials</u>:

    1.    Findings of Fact

        a.    BMI will supply its proposed findings of fact to DMX consistent with paragraph 3(A)(1) of the Court's Individual Practices on November 24, 2009.

        b.    DMX will respond to BMI consistent with paragraph 3(A)(2) of the Court's Individual Practices on or before December 15, 2009.

        c.    BMI will respond to DMX consistent with paragraph 3(A)(3) of the Court's Individual Practices on December 23, 2009.

2.  Trial Exhibits

a.  BMI will supply its list of proposed exhibits to DMX on November 25, 2009.

b.  DMX will provide its proposed exhibits and its objections to BMI's proposed exhibits on or before December 15, 2009.

c.  BMI will provide its objections to DMX's proposed exhibits on or before January 5, 2010.

B.  Submission of Pre-Trial Order and Trial Briefs to Court:

1.  The Parties will submit a pre-trial order together with trial briefs on January 13, 2010.

2.  The Parties will submit expert witness summaries to the Court on January 13, 2010.

C.  Date of Pre-Trial Conference:

1.  A final pre-trial conference pursuant to Rule 16(a) of the Federal  **LLS**
Rules of Civil Procedure will take place on Friday, January 15,
2010 at 12 [a.m.][p.m.] noon  **LLS**

D.  Trial Dates:

1.  The trial will begin on January 19, 2010, and continue daily until completed.

2.  The Parties anticipate that the trial of this matter will take 6-9 trial days. This case will be tried to the Court.

Dated: New York, New York
       November 20, 2009

HUGHES HUBBARD & REED LLP                    WEIL, GOTSHAL & MANGES LLP

By _____                   By _____
       James C. Fitzpatrick                          R. Bruce Rich
One Battery Park Plaza                        767 Fifth Avenue
New York, New York 10004                      New York, NY 10153
(212) 837-6000                                (212) 310-8000

Attorneys for Petitioner Broadcast Music, Inc.   Attorneys for Respondent DMX Inc.

**So Ordered**

Dated:   New York, New York
         November 2 4 2009

_____
LOUIS L. STANTON
U. S. D. J.